Date signed July 29, 2005



_____
**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BOBBY JOHNSON | : | Case No. 05-23102PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| COUNTRYWIDE HOME LOANS, INC. | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| BOBBY JOHNSON | : | |
| Respondent | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

This case came before the court for hearing on July 25, 2005. While this bankruptcy case was dismissed on July 18, 2005, on account of the Debtor's failure to complete the filings required, the present motion was kept on the docket. The creditor seeks an order barring refiling for a period of 180 days. The motion relates to property at 5814 Everhart Place, Ft. Washington, Maryland, that is owned by Bobby Johnson and Benjamin Johnson, brothers. The Debtor suffers from congestive heart failure and relies upon disability insurance. His brother, the Co-Debtor, lost a job after more than 26 years employment and only recently returned to the workforce.

Because of the massive arrearages amounting to more than $70,000.00, there is no likelihood that either individual will be able to present a Chapter 13 Plan that is susceptible of confirmation. At the same time, the Co-Debtors have a substantial equity in the property that should be preserved for them rather than to fall into the hands of a speculator. The court will

grant the relief sought by the creditor on the express understanding that the creditor will do everything possible to secure the maximum equity in the property for the owners.  To that end, the owners have agreed in open court to cooperate fully in the marketing of the property.

      An appropriate order will be entered.

cc:
Gene Jung, Esq., 7315 Wisconsin Avenue, Suite 315, Bethesda, MD 20814
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Bobby Johnson, 5814 Everhart Place, Fort Washington, MD 20744
Benjamin Johnson, 5814 Everhart Place, Fort Washington, MD 20744

**End of Memorandum**